### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LLOYD RIDDLE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 04-CV-4201-JPG |
| ) | |
| SHELBY BIGGS et al., ) | |
| ) | |
| Defendants. ) | |

### JUDGMENT IN A CIVIL CASE

**Decision by Court.** This matter having come before the Court upon plaintiff's stipulation of dismissal and the Court having found that plaintiff has voluntarily dismissed this action,

**IT IS ORDERED AND ADJUDGED** that all claims by the plaintiff Lloyd Riddle against defendant Shelby Biggs and the City of Casey, a municipal corporation, in this case, are **DISMISSED with prejudice**.

DATED: May 2, 2006

**NORBERT G. JAWORSKI, CLERK**

**By:s/Deborah Agans, Deputy Clerk**

APPROVED:  /s/ J. Phil Gilbert
**J. PHIL GILBERT**
**U.S. District Judge**